AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Sergio Alfonso ORTIZ-Salas (Y.O.B. 1993 )<br>Citizenship: Mexico<br><br>*Defendant(s)* | )<br>)<br>) Case No. 7:19-MJ-0573<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 08, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952<br>21 USC § 841 | knowingly and intentionally import into the United States from Mexico approximately 10.38 kilograms of cocaine, a Schedule II controlled substance; and did knowingly and intentionally possess with the intent to distribute approximately 10.38 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr.4.1, and probable cause found on:

Shane.R.Petrosky  *Digitally signed by Shane.R.Petrosky*
*Date: 2019.03.08 18:00:44 -06'00'*

*Complainant's signature*

Shane Petrosky, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __03/11/19 10:21 a.m.__ ~~03/08/2019 9:21 a.m.~~

*Judge's signature*

City and state: __McAllen, Texas__

U.S. Magistrate Judge Juan F. Alanis
*Printed name and title*

ATTACHMENT A

On March 08, 2019, a red Chevrolet S10 driven by Sergio Alfonso ORTIZ-Salas attempted to make entry into the United States via the Pharr, Texas Port of Entry. At primary inspection, Customs and Border Protection Officer (CBPO) Jose Alberto Garza questioned ORTIZ-Salas as to the purpose of his travel in the United States to which he replied he was traveling to Hidalgo, Texas for shopping. CBPO Garza observed ORTIZ-Salas appeared nervously talkative with shaky hands. CBPO Garza referred the Chevrolet S10 and ORTIZ-Salas to secondary inspection due to his nervous behavior.

At secondary inspection, CBPO Ricardo Gonzalez escorted the vehicle to the Z-Portal X-Ray machine where CBPO Javier Moreno performed a non-intrusive scan of the vehicle and observed anomalies in the dash board area. The Chevrolet S10 was then parked in the secondary area where CBPO Gonzalez conducted an intensive examination of the dash board area which subsequently revealed nine (09) packages containing a white powdery substance weighing approximately 10.38 kilograms. The white powdery substance in the packages field tested positive for the properties of cocaine.

HSI McAllen Special Agents conducted an interview of ORTIZ-Salas. During the interview ORTIZ-Salas stated the vehicle belonged to him. ORTIZ-Salas further stated he knew he was transporting cocaine in the vehicle for unknown individuals in Mexico and the United States and had successfully transported narcotics through the Port of Entry on one previous occasion. ORTIZ-Salas stated he was paid $1,500 United States Dollars on the previous smuggling event and was going to be paid for transporting the narcotics on this occasion upon completion.